UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2015 NOV 17 PM 3: 17

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Cause No.   2:15-cr- |
| JEROME HENRY, | ) | -01 |
| Defendant. | ) | |

2:15-cr-0023 JMS-CMM

## INDICTMENT

The Grand Jury charges that:

On or about the 11th day of April 2015, at the Federal Correctional

Complex, Terre Haute, Indiana, within the Southern District of Indiana,

JEROME HENRY,

Defendant herein, being an inmate of said prison, did possess a prohibited

object, to wit: a metal object which was a weapon or was designed or intended to

be used as a weapon; which being in violation of Title 18, United States Code,

Section 1791(a)(2) and (b)(3).

A TRUE BILL:

▇▇▇▇▇▇▇▇▇▇▇▇▇▇

FOREPERSON

JOSH J. MINKLER
United States Attorney

by: James M. Warden
Assistant United States Attorney